**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7019**

---

LEO L. MADDOX,

Plaintiff - Appellant,

versus

DAVID ODOM, Hearing Officer; MARIA BLANDSHAW,
I.A.C. Staff Coordinator, in their official
and individual capacities,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(CA-94-1835-3-18BC)

---

Submitted:  December 14, 1995       Decided:  January 4, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leo L. Maddox, Appellant Pro Se. Leslie Arlen Cotter, Jr., Benjamin
Davis McCoy, RICHARDSON, PLOWDEN, GRIER & HOWSER, Columbia, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Maddox v. Odom</u>, No. CA-94-1835-3-18BC (D.S.C. June 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2